```
1  LAWRENCE G. BROWN
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America
7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| LETICIA QUINTERO, | ) 1:09-cv-01332-OWW-SMS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONSOLIDATE CASES AND** |
| vs. | ) **MODIFY CASE SCHEDULE** |
| UNITED STATES OF AMERICA, | ) (Hon. Oliver W. Wanger) |
| Defendant. | ) |

The parties, by and through their attorneys, submit this stipulation and proposed order to consolidate this action with <u>Esteban Quintero v. United States of America</u>, Case No. 1:08-cv-01890-OWW-SMS, and to modify in part the litigation schedule already set in the earlier case.

These actions arise from the same event, a collision between a motorcycle and United States Postal Service delivery vehicle on May 12, 2006, in Merced County, California. Esteban Quintero, Plaintiff in the first-filed case, was the driver of the motorcycle. His wife, Leticia Quintero, was a passenger on the motorcycle and has filed a separate suit for damages arising from the same incident. The parties stipulate and agree that case

1
STIPULATION AND ORDER TO CONSOLIDATE CASES AND MODIFY CASE SCHEDULE

number 1:09-cv-01332-OWW-SMS should be consolidated with the earlier filed action, number 1:08-cv-01890-OWW-SMS, because they involve common questions of fact and law, similar claims, the same witnesses and the same defendant.  Consolidation of the actions serves the interests of judicial economy and convenience of the Court and the parties.

The parties further request that the litigation schedule set in Case No. 1:08-cv-01890-OWW-SMS be modified in part.  The parties have made no previous requests to modify the case schedule.  Good cause exists to modify the existing case schedule to allow the parties to complete the additional work necessitated by the consolidation.  The parties believe that by modifying the case schedule, the consolidation of these matters can be accomplished without affecting the trial date.

The parties have agreed to the following schedule and respectfully request that the Court endorse this stipulation.

|                                    | Old Date   | New Date   |
|------------------------------------|------------|------------|
| Discovery cutoff                   | 12/1/2009  | 1/22/2010  |
| Non-dispositive motion filing deadline | 12/15/2009 | 1/4/2010   |
| Settlement conference (SMS)        | 12/16/2009 | TBD[1]     |

///

///

///

---

[1] The parties intend to contact Magistrate Judge Snyder's chambers in order to schedule a settlement conference on a mutually convenient date in February 2010.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: October 28, 2009. |   | LAWRENCE G. BROWN<br>United States Attorney |
|   | By: | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated: October 28, 2009. |   | MORSE, MORSE & MORSE |
|   |   | [Authorized 10/28/09] |
|   | By: | /s/ Brian D. Morse<br>Brian D. Morse<br>Attorneys for Plaintiff<br>Leticia Quintero |
| Dated: October 28, 2009. |   | LAMPE AND FROMSON |
|   |   | [Authorized 10/28/09] |
|   | By: | /s/ Christopher W. Lampe<br>Christoper W. Lampe<br>Attorneys for Plaintiff<br>Esteban Quintero |

**ORDER**

IT IS HEREBY ORDERED that <u>Esteban Quintero v. United States of America</u>, Case No. 1:08-cv-01890-OWW-SMS, and <u>Leticia Quintero v. United States of America</u>, Case No. 1:09-cv-01332-OWW-SMS, are consolidated for all purposes.  All further filings shall be made in Case No. 1:08-cv-01890-OWW-SMS.

IT IS FURTHER ORDERED that the case schedule is modified as set forth above.

IT IS SO ORDERED.

**Dated:   October 28, 2009**         /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE