**CHRISTOPHER W. LAMPE, ESQ.   STATE BAR #66516**
**LAMPE & FROMSON**
**2005 "O" STREET**
**MERCED, CA 95340**
**TELEPHONE (209)384-7887**

**Attorneys for Plaintiff, ESTEBAN QUINTERO**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTEBAN QUINTERO,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant, | CIVIL ACTION NUMBER: 1:08-cv-01890-OWW-SMS<br><br>(Consolidated with Case Number: 1:09-cv-01332-OWW-SMS)<br><br>**JUDGMENT** |

AND RELATED CONSOLIDATED ACTION.

      Pursuant to the Findings Of Fact And Conclusions Of Law made by the court, plaintiff ESTEBAN QUINTERO is awarded judgment in his favor and against the defendant UNITED STATES OF AMERICA for economic damages in the amount of $236,166.06 and for general damages in the amount of $525,000.00 for a total judgment in favor of ESTEBAN QUINTERO in the amount of $761,166.06. Plaintiff LETICIA QUINTERO is awarded judgment in her favor and against defendant UNITED STATES OF AMERICA for economic damages in the amount of $4,245.88 and for damages for loss of consortium in the amount of $30,000.00, for a total judgment in favor of LETICIA QUINTERO in the amount of $34,245.88. Plaintiffs are, in addition, awarded taxable costs.

IT IS SO ORDERED:

Dated: July 19, 2010                    /s/ OLIVER W. WANGER
                                                  UNITED STATES DISTRICT JUDGE