**Brian D. Morse, Esq., #78876**
**MORSE, MORSE & MORSE**
**760 West 20th Street**
**MERCED, CA 95340**
**TELEPHONE (209)383-0132**

**Attorneys for Plaintiff, LETICIA QUINTERO**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTEBAN QUINTERO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant,<br><br>_____<br><br>AND RELATED CONSOLIDATED ACTION. | CIVIL ACTION NUMBER: 1:08-cv-01890-OWW-SMS<br>(Consolidated with Case Number: 1:09-cv-01332-OWW-SMS)<br><br>**CORRECTED**<br>**AMENDED JUDGMENT**<br>**AS TO PLAINTIFF LETICIA QUINTERO**<br><br>Hearing Date: November 15, 2010<br>Time: 10:00 a.m.<br>Courtroom: 3/Judge Wanger<br><br>Trial Date: April 27, 2010 |

     Pursuant to the Memorandum Decision Regarding Motions to Amend Judgment issued by the court on December 6, 2010, plaintiff LETICIA QUINTERO is awarded judgment in her favor and against defendant UNITED STATES OF AMERICA for economic damages in the amount of $4,245.88, for damages for loss of consortium in the amount of $30,000.00, and for non-economic damages for her pain and suffering in the amount of $10,000.00, for a total judgment in favor of LETICIA QUINTERO in the amount of $44,245.88.  Plaintiff is, in addition, awarded taxable costs according to proof.

**IT IS SO ORDERED.**

**Dated:     January 25, 2011                    /s/ Oliver W. Wanger**
                                                **UNITED STATES DISTRICT JUDGE**